**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| SARAH DICKEY, <br><br> Plaintiff, <br><br> v. <br><br> MAHASKA HEALTH PARTNERSHIP; KEVIN DERONDE; TIMOTHY BREON; and DAVID LANGKAMP, <br><br> Defendant. | Case No. 4:23-cv-00193 <br><br> **VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

COMES NOW Plaintiff, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismisses all counts of the above captioned case against Defendants with prejudice.

/s/ *Devin C. Kelly*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321
Phone: (515) 283-1111; Fax: (515) 282-0477
Email:    roxanne@roxanneconlinlaw.com
              dkelly@roxanneconlinlaw.com
    cc:     dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

**COME NOW,** the Defendants by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ David T. Bower*
Mary E. Funk, AT0002666
David T. Bower, AT0009246
Logan J. Eliasen, AT0013755
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: mef@nyemaster.com
dbower@nyemaster.com
leliasen@nyemaster.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on September 9, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Devin C. Kelly*